No. 93–115.  NYSA–ILA WELFARE FUND ET AL. *v.* DUNSTON, NEW JERSEY COMMISSIONER OF HEALTH, ET AL., 510 U. S. 944. Motion for leave to file petition for rehearing denied.

No. 93–738.  OBERLE, AKA JONES *v.* UNITED STATES, 510 U. S. 1025.  Motion of petitioner for leave to proceed further herein *in forma pauperis* granted.  Motion for leave to file petition for rehearing denied.

NOVEMBER 15, 1994

No. 94–167.  GUTIERREZ DE MARTINEZ ET AL. *v.* LAMAGNO ET AL.  C. A. 4th Cir.  [Certiorari granted, *ante,* p. 998.]  Michael K. Kellogg, Esq., of Washington, D. C., a member of the Bar of this Court, is invited to brief and argue this case as *amicus curiae* in support of the judgment below.

NOVEMBER 21, 1994

No. 94–670.  CALDWELL ET UX. *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari dismissed under this Court's Rule 46.